**Motion Granted; Appeal and Original Proceeding Dismissed and Memorandum Opinion filed October 19, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-01071-CV

_____

**BP AMERICA INC., BP PLC AND BP AMERICA PRODUCTION COMPANY, Appellants**

**V.**

**ESTRELLA SANTIAGO, INDIVIDUALLY AND AS NEXT FRIEND OF CHRISTIAN SANTIAGO, ET AL, Appellees**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-57278**

---

_____
## NO. 14-16-00145-CV
_____

**IN RE BP AMERICA INC., ET AL.**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-57278**

---

# **M E M O R A N D U M   O P I N I O N**

This is a consolidated appeal and original proceeding from an order signed November 30, 2015. On October 6, 2017, appellants filed an unopposed motion to dismiss the appeal and original proceeding. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal and original proceeding are ordered dismissed.


PER CURIAM

Panel consists of Justices Busby, Donovan, and Brown.